THE STATE OF TEXAS

DOCKET NO: JS21-00192G

SUIT DESCRIPTION:
SMALL CLAIM

TO THE DEFENDANT: ASSOCIA PRINCIPAL MANAGEMENT GROUP OF NORTH TEXAS

PLAINTIFF(S):
JONES, CAROLYN
ATTY, SHAWN JAFFER & ASSOCIATES
8111 LBJ FWY SUITE 350
DALLAS, TX 75251
(214) 238 4855

YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED WITH THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY, SUNDAY, OR LEGAL HOLIDAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

VS.

DEFENDANT(S):
ASSOCIA PRINCIPAL MANAGEMENT GRO
OF NORTH TEXAS
STE 600
12700 PARK CENTRAL DRIVE
DALLAS, TX 75251

IF YOU FAIL TO FILE AN ANSWER, JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION. A COPY OF PLAINTIFF'S PETITION IS ATTACHED HERETO AND MADE A PART HEREOF AS THOUGH WRITTEN IN.

CITATION
IN THE JUSTICE COURT

FILED ON: 06-14-2021

GIVEN UNDER MY HAND OFFICIALLY, THIS JUNE 14, 2021.

CITATION ISSUED: 06-14-2021
CITATION ISSUED TO
          PLTF ATTY

JUDGE MICHAEL JONES JR
JUSTICE OF THE PEACE
PRECINCT 4 PLACE 1
DALLAS COUNTY

MICHAEL JONES JR
JUSTICE OF THE PEACE
PRECINCT 4, PLACE 1
DALLAS COUNTY
106 W CHURCH ST STE 205
GRAND PRAIRIE, TEXAS 75050
(214) 751-4040

EXHIBIT A

| | |
|---|---|
| SHERIFF OR CONSTABLE SERVICE RETURN: | DOCKET NO: JS21-00192G |
| CAME TO HAND THIS ____ DAY OF _____, 20____ AT ____ O'CLOCK ____.M., AND | SUIT DESCRIPTION: SMALL CLAIM |
| EXECUTED IN PERSON THIS ____ DAY OF _____, 20____ AT ____ O'CLOCK ____.M., BY DELIVERING TO THE FOLLOWING NAMED DEFENDANT _____ AT _____ A TRUE COPY OF CITATION. | PLAINTIFF(S): JONES, CAROLYN ATTY, SHAWN JAFFER & ASSOCIATES 8111 LBJ FWY SUITE 350 DALLAS, TX 75251 (214)   238   4855 |
| ( ) EXECUTED BY 501.2(E) THIS ____ DAY OF _____, 20____ AT ____ O'CLOCK ____.M., BY ALTERNATIVE SERVICE DELIVERING TO THE FOLLOWING _____ AT _____ | VS. DEFENDANT(S): ASSOCIA PRINCIPAL MANAGEMENT GRO OF NORTH TEXAS STE 600 12700 PARK CENTRAL DRIVE DALLAS, TX 75251 |
| ( ) EXECUTED BY 501.2(B)(2) THIS ____ DAY OF _____, 20____ AT ____ O'CLOCK ____.M., BY REGISTERED OR CERTIFIED MAIL, RESTRICTED DELIVERY WITH RETURN RECEIPT OR ELECTRONIC RETURN RECEIPT REQUESTED TO THE FOLLOWING _____ AT _____ | |
| ( ) NOT SERVED FOR THE FOLLOWING REASON _____ | CITATION IN THE JUSTICE COURT |
| FEE: $ _____ | FILED ON: 06-14-2021 CITATION ISSUED: 06-14-2021 CITATION ISSUED TO    PLTF ATTY |
| _____ CONSTABLE, PRECINCT NO. ____    _____ DEPUTY | MICHAEL JONES JR JUSTICE OF THE PEACE PRECINCT 4, PLACE 1 DALLAS COUNTY 106 W CHURCH ST STE 205 GRAND PRAIRIE, TEXAS 75050 (214) 751-4040 |

6/12/2021 10:42 AM

CAUSE NO. JS21-00192G

| | |
|---|---|
| CAROLYN JONES<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIA PRINCIPAL MANAGEMENT GROUP OF NORTH TEXAS<br>Defendant. | IN THE JUSTICE COURT<br><br>PRECINCT 4   PLACE 1<br><br>DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Plaintiff CAROLYN JONES (hereinafter referred to as "Plaintiff"), by and through her attorneys, the SHAWN JAFFER & ASSOCIATES, PLLC, files this *Original Petition against* Defendant ASSOCIA PRINCIPAL MANAGEMENT GROUP OF NORTH TEXAS (hereinafter referred to as "Defendant"), and respectfully shows the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.  Plaintiff reserves the right to petition this Court to engage in pretrial discovery pursuant to Rule 500.9 of the Texas Rules of Civil Procedure.

### PARTIES AND SERVICE

2.  Plaintiff is an individual who resides in Dallas County, Texas and is represented by the undersigned counsel.

3.  Plaintiff is a "Consumer" meaning Plaintiff is a natural person who is allegedly obligated to pay any debt.

4.  The Consumer Debt is an obligation or alleged obligation of the Plaintiff to pay any money arising out of a transaction in which the money, property, or services which are the

subject of the transaction are primarily for personal, family, or household purposes.

5. Defendant can be served with process at its principal place of business located at 12700 Park Central Drive, Suite 600, Dallas, TX 75251

6. Defendant regularly attempted to collect consumer debts alleged to be due to third-parties, directly or indirectly in the State of Texas.

7. Defendant is a debt collector as defined under 15 U.S.C. § 1692(a)(6) because Defendant has engaged in direct or indirect debt collection against Plaintiff in Texas.

8. Defendant is a "Debt Collector" as defined under Tex. Fin. Code Ann. § § 392.001(6) because Defendant has engaged in direct or indirect debt collection against the Plaintiff in Texas.

## JURISDICTION AND VENUE

9. This Court has personal jurisdiction over all the parties because both parties reside and/or engage in business in the State of Texas. Further, this Court has jurisdiction of this cause of action in that it involves an amount in controversy within the original jurisdiction of this Court.

10. Plaintiff seeks monetary relief within this Court's jurisdictional limits.

11. Venue in Dallas County, Texas is proper in this cause pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Dallas County, Texas.

## FACTUAL ALLEGATIONS

11. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

12. Defendant provides property management and services for Associations, Inc. including the collection of past due debts owed to the Associations, Inc.

13. On or about October 12, 2021, Defendant without Plaintiff's consent, published Plaintiff's name on Windsor Park HOA's delinquency and prepaid report. See List as Exhibit A.

14. As a result of Defendant's conduct, Plaintiff has suffered mental anguish, frustration, and emotional distress.

## FIRST CAUSE OF ACTION
## Violations of the Fair Debt Collections Practices Act
## 15 U.S.C. § 1692 et seq.

15. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

16. Defendant's debt collection efforts against Plaintiff violated Section §1692(d): A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

> (3) The publication of a list of consumers who allegedly refuse to pay debts, except to a consumer reporting agency or to persons meeting the requirements of section 1681a(f) or 1681b(3) of this title.

17. For the aforementioned-reasons, Defendant has violated the FDCPA.

18. For these reasons, Defendant is liable to Plaintiff for actual damages, statutory damages, costs, and reasonable attorney's fees.

## CAUSE OF ACTION
## VIOLATIONS OF THE TEXAS DEBT COLLECTION ACT
## Tex. Fin. Code Ann. § 392 et seq.

19. Plaintiff re-alleges and incorporates by reference paragraphs in this petition as though fully set forth herein.

20. Defendant debt collection efforts against Plaintiff violates the TDCA.

21. Section 392.304 provides a non-exhaustive list of Fraudulent, Deceptive, or Misleading Representations prohibited by a debt collector:

(a) misrepresenting the character, extent, or amount of a consumer debt. Tex. Fin. Code Ann. §392.304(8); and

(b) using any other false representation or deceptive means to collect a debt or obtain information concerning a consumer. Tex. Fin. Code Ann. §392.304(19).

22. For the aforementioned-reasons, Defendant violated the TDCA.

23. For these reasons, Defendant is liable to Plaintiff for actual damages, costs, and reasonable attorney's fees.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from Defendant as follows:

1. Awarding Plaintiff statutory damages up to $1,000 under the FDCPA;

2. Awarding Plaintiff actual damages under the FDCPA;

3. Awarding Plaintiff statutory damages not less than $100 under the TDCA;

4. Awarding Plaintiff actual damages under the TDCA;

5. Awarding Plaintiff injunctive relief under the TDCA;

6. Awarding Defendant costs of this action, including reasonable attorneys' fees and expenses as allowed under the FDCPA and the TDCA; and

7. Awarding Plaintiff such other and further relief as this Court may deem just and proper.

DATED: June 9, 2021            Respectfully Submitted,

                                        **SHAWN JAFFER & ASSOCIATES PLLC**

                                        */s/ Shawn Jaffer*
                                        **Shawn Jaffer, Esq.**
                                        State Bar No: 24107817
                                        Allen Robertson
                                        State Bar No. 24076655
                                        attorneys@jaffer.law
                                        8111 LBJ Fwy, Suite 350
                                        Dallas, Texas 75251
                                        Telephone: (214) 238-4855
                                        Facsimile: (888) 530-3910
                                        **Attorneys for Plaintiff**



Mon Oct 12, 2020 01:20 pm
Report: dwr_del_prepaid_condense

**Delinquency and Prepaid Report**
**Windsor Park No. 2 HOA**
As Of: Wed Sep 30, 2020

User: 51426
Sonja Burns

**Outstanding Balances**

| Account Id | Name | Address | Legal Description | 30 day | 31-60 day | 61-90 day | 91-120 day | 120+ day | Total Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00225-4757 | Carolyn P Jones | 5112 Whitehaven Drive | | 112.94 | 0.00 | 73.97 | 112.23 | 8,290.28 | 8,589.42 |



FILED
6/12/2021 10:42 AM
Dallas County
Justic of the Peace Pct 4-1
By: Markisha Lusk

8111 Lyndon B Johnson Fwy, Suite 350
Dallas, TX 75251
T: (214) 238-4855    F: (888) 509-3910

## REQUEST FOR ISSUANCE OF CIVIL CITATION

Re:  Carolyn Jones v. Associa Principal Management Group of North Texas

Case#: -

Dear Clerk of Court:

Plaintiff undersigned counsel requests the Clerk of Court to file the original petition and to issue separate Civil Citation(s) for each Defendant for service by a **Private Process Server**.

The Citation(s) should be sentto us:

1. Via email to:       SERVICE@JAFFER.LAW

2. Via Fax to us at    1-888-509-3910, or

3. VIA MAIL to:        Shawn Jaffer & Associates, Pllc
                       8111 Lyndon B Johnson Fwy, Suite 350
                       Dallas, TX 75251

Sincerely,

*Shawn Jaffer*

Shawn Jaffer, Esq.
service@jaffer.law

FILED
6/12/2021 10:42 AM
Dallas County
Justic of the Peace Pct 4-1
By: Markisha Lusk



**THE SHAWN JAFFER LAW FIRM**
www.jaffer.law

8111 Lyndon B Johnson Fwy, Suite 350
Dallas, TX 75251
T: (214) 238-4855    F: (888) 509-3910

## REQUEST FOR ISSUANCE OF CIVIL CITATION

Re:  Carolyn Jones v. Associa Principal Management Group of North Texas

Case#:  -

Dear Clerk of Court:

Plaintiff undersigned counsel requests the Clerk of Court to file the original petition and to issue separate Civil Citation(s) for each Defendant for service by a **Private Process Server**.

The Citation(s) should be sentto us:

1. Via email to:     SERVICE@JAFFER.LAW

2. Via Fax to us at  1-888-509-3910, or

3. VIA MAIL to:     Shawn Jaffer & Associates, Pllc
                    8111 Lyndon B Johnson Fwy, Suite 350
                    Dallas, TX 75251

Sincerely,

*Shawn Jaffer*

Shawn Jaffer, Esq.
service@jaffer.law

CAUSE NO. JS21-00192G

| | |
|---|---|
| CAROLYN JONES<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIA PRINCIPAL MANAGEMENT GROUP OF NORTH TEXAS<br>Defendant. | IN THE JUSTICE COURT<br><br>PRECINCT 4   PLACE 1<br><br>DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiff CAROLYN JONES (hereinafter referred to as "Plaintiff"), by and through her attorneys, the SHAWN JAFFER & ASSOCIATES, PLLC, files this *Original Petition against* Defendant ASSOCIA PRINCIPAL MANAGEMENT GROUP OF NORTH TEXAS (hereinafter referred to as "Defendant"), and respectfully shows the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff reserves the right to petition this Court to engage in pretrial discovery pursuant to Rule 500.9 of the Texas Rules of Civil Procedure.

### PARTIES AND SERVICE

2. Plaintiff is an individual who resides in Dallas County, Texas and is represented by the undersigned counsel.

3. Plaintiff is a "Consumer" meaning Plaintiff is a natural person who is allegedly obligated to pay any debt.

4. The Consumer Debt is an obligation or alleged obligation of the Plaintiff to pay any money arising out of a transaction in which the money, property, or services which are the

subject of the transaction are primarily for personal, family, or household purposes.

5. Defendant can be served with process at its principal place of business located at 12700 Park Central Drive, Suite 600, Dallas, TX 75251

6. Defendant regularly attempted to collect consumer debts alleged to be due to third-parties, directly or indirectly in the State of Texas.

7. Defendant is a debt collector as defined under 15 U.S.C. § 1692(a)(6) because Defendant has engaged in direct or indirect debt collection against Plaintiff in Texas.

8. Defendant is a "Debt Collector" as defined under Tex. Fin. Code Ann. § § 392.001(6) because Defendant has engaged in direct or indirect debt collection against the Plaintiff in Texas.

## JURISDICTION AND VENUE

9. This Court has personal jurisdiction over all the parties because both parties reside and/or engage in business in the State of Texas. Further, this Court has jurisdiction of this cause of action in that it involves an amount in controversy within the original jurisdiction of this Court.

10. Plaintiff seeks monetary relief within this Court's jurisdictional limits.

11. Venue in Dallas County, Texas is proper in this cause pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Dallas County, Texas.

## FACTUAL ALLEGATIONS

11. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

12. Defendant provides property management and services for Associations, Inc. including the collection of past due debts owed to the Associations, Inc.

13. On or about October 12, 2021, Defendant without Plaintiff's consent, published Plaintiff's name on Windsor Park HOA's delinquency and prepaid report. See List as Exhibit A.

14. As a result of Defendant's conduct, Plaintiff has suffered mental anguish, frustration, and emotional distress.

### FIRST CAUSE OF ACTION
### Violations of the Fair Debt Collections Practices Act
### 15 U.S.C. § 1692 et seq.

15. Plaintiff incorporates by reference all of the above paragraphs of this Petition as though fully stated herein with the same force and effect as if the same were set forth at length herein.

16. Defendant's debt collection efforts against Plaintiff violated Section §1692(d): A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

> (3) The publication of a list of consumers who allegedly refuse to pay debts, except to a consumer reporting agency or to persons meeting the requirements of section 1681a(f) or 1681b(3) of this title.

17. For the aforementioned-reasons, Defendant has violated the FDCPA.

18. For these reasons, Defendant is liable to Plaintiff for actual damages, statutory damages, costs, and reasonable attorney's fees.

### CAUSE OF ACTION
### VIOLATIONS OF THE TEXAS DEBT COLLECTION ACT
### Tex. Fin. Code Ann. § 392 et seq.

19. Plaintiff re-alleges and incorporates by reference paragraphs in this petition as though fully set forth herein.

20. Defendant debt collection efforts against Plaintiff violates the TDCA.

21. Section 392.304 provides a non-exhaustive list of Fraudulent, Deceptive, or Misleading Representations prohibited by a debt collector:

> (a) misrepresenting the character, extent, or amount of a consumer debt. Tex. Fin. Code Ann. §392.304(8); and
>
> (b) using any other false representation or deceptive means to collect a debt or obtain information concerning a consumer. Tex. Fin. Code Ann. §392.304(19).

22. For the aforementioned-reasons, Defendant violated the TDCA.

23. For these reasons, Defendant is liable to Plaintiff for actual damages, costs, and reasonable attorney's fees.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from Defendant as follows:

1. Awarding Plaintiff statutory damages up to $1,000 under the FDCPA;
2. Awarding Plaintiff actual damages under the FDCPA;
3. Awarding Plaintiff statutory damages not less than $100 under the TDCA;
4. Awarding Plaintiff actual damages under the TDCA;
5. Awarding Plaintiff injunctive relief under the TDCA;
6. Awarding Defendant costs of this action, including reasonable attorneys' fees and expenses as allowed under the FDCPA and the TDCA; and

7. Awarding Plaintiff such other and further relief as this Court may deem just and proper.

DATED: June 9, 2021                Respectfully Submitted,

                                                **SHAWN JAFFER & ASSOCIATES PLLC**

                                                */s/ Shawn Jaffer*
                                                **Shawn Jaffer, Esq.**
                                                State Bar No: 24107817
                                                Allen Robertson
                                                State Bar No. 24076655
                                                attorneys@jaffer.law
                                                8111 LBJ Fwy, Suite 350
                                                Dallas, Texas 75251
                                                Telephone: (214) 238-4855
                                                Facsimile: (888) 530-3910
                                                **Attorneys for Plaintiff**



Mon Oct 12, 2020 01:20 pm
Report: dwr_del_prepaid_condense

**Delinquency and Prepaid Report**
Windsor Park No. 2 HOA
As Of: Wed Sep 30, 2020

User: 51426
Sonja Burns

**Outstanding Balances**

| Account Id | Name | Address | Legal Description | 30 day | 31-60 day | 61-90 day | 91-120 day | 120+ day | Total Balance |
|---|---|---|---|---|---|---|---|---|---|
| 00225-4757 | Carolyn P Jones | 5112 Whitehaven Drive | | 112.94 | 0.00 | 73.97 | 112.23 | 8,290.28 | 8,589.42 |